# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JARAMILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY.<br><br>　　　　Defendant. | Case No.  1:17-cv-00064-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Gerardo Jaramillo ("Plaintiff") filed a social security complaint on January 13, 2017.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  However, Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

The Court may authorize the commencement of an action without prepayment of fees for "a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security thereof."  28 U.S.C. § 1915(a).

Plaintiff indicates that his mother is dependent on him for support and he states that he contributes fully to her support.  However, Plaintiff states that he does not have any cash, checking, or savings accounts, he has nothing of value, he is not currently employed, and the

only sources of money he has received in the past 12 months are food stamps and CalFresh. It is unclear how Plaintiff fully supports his mother when he has no assets and has not received any money from any sources in the past 12 months, except for food stamps and CalFresh.

Plaintiff must disclose any financial support he receives from others as part of his in forma pauperis application. All assets and sources of money must be disclosed. An in forma pauperis application must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **January 17, 2017**

UNITED STATES MAGISTRATE JUDGE