# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JARAMILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:17-cv-00064-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF Nos. 2, 4) |

Plaintiff Gerardo Jaramillo filed a complaint on January 13, 2017, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  The Court found Plaintiff's application was insufficient to determine if Plaintiff was entitled to proceed without prepayment of fees in this action and Plaintiff was ordered to file a long form application to proceed in forma pauperis.  On February 3, 2017, Plaintiff filed a long form application to proceed without prepayment of fees.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

2.　　The Clerk of Court is DIRECTED to issue a summons; and

/ / /

/ / /

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   **February 6, 2017**

UNITED STATES MAGISTRATE JUDGE

2