# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JARAMILLO,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:17-cv-00064-SAB<br><br>ORDER RE STIPULATION FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 19) |

On December 12, 2017, Defendant filed a stipulation for a second extension of time for her to file her response to Plaintiff's opening brief. (ECF No. 19.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before December 29, 2017; and

2. Plaintiff's reply, if any, shall be filed on or before January 16, 2018.

IT IS SO ORDERED.

Dated: **December 12, 2017**

UNITED STATES MAGISTRATE JUDGE

1