# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JARAMILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00064-SAB<br><br>ORDER RE DEADLINE TO FILE OBJECTIONS TO MOTION FOR ATTORNEY FEE AND REQUIRING COUNSEL TO SERVE COPY ON PLAINTIFF |

On February 14, 2018, an order entered granting in part Plaintiff's Social Security appeal and remanding for further development of the record. (ECF Nos. 23, 24.) On August 7, 2020, Plaintiff's counsel filed a motion for attorney fees pursuant to section 406(b) of the Social Security Act. Upon review of the motion, it did not inform Plaintiff that she could file objections to the request for attorney fees or the timeframe in which to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may file objections to the findings and recommendations within **fourteen (14) days** of the date of service of this order;

2. The Commissioner's response, if any, shall be filed within **thirty (30) days** of the date of entry of this order; and

///

1

3. Counsel for Plaintiff shall serve a copy of this order on Plaintiff and file proof of service of the order within **five (5) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **August 10, 2020**

UNITED STATES MAGISTRATE JUDGE